# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3372
LT Case No. 1984-CF-693-A

———————————————

MICHAEL REASE,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

Michael Rease, South Bay, Pro se.

No Appearance for Respondent.

February 16, 2024

PER CURIAM.

Petitioner continues to file appeals concerning an alleged sentencing error in Clay County Circuit Court Case Number 1984-CF-693-A. Petitioner's unsuccessful attempts at appealing this identical issue are documented in: *Rease v. State*, 78 So. 3d 540 (Fla. 1st DCA 2011); *Rease v. State*, 101 So. 3d 843 (Fla. 1st DCA 2012); *Rease v. State*, 145 So. 3d 836 (Fla. 1st DCA 2014); *Rease v. State*, 325 So. 3d 842 (Fla. 1st DCA 2021); and *Rease v. State*, No. 5D23-716 (Fla. 5th DCA April 24, 2023) (order dismissing

successive petition). Petitioner has now pursued a second appeal in this Court concerning the same alleged sentencing error. Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from the identified circuit case number may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2018); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

EDWARDS, C.J., and WALLIS and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____